**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Boaggio's Bread Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **DBA  Boaggio's Bread** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-3907869** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** <br><br> **4201 Church Road, Units 1 and 2** <br> **Mount Laurel, NJ 08054** <br> Number, Street, City, State & ZIP Code <br><br> **Burlington** <br> County | **Mailing address, if different from principal place of business** <br><br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> **900 Jersey Avenue Gloucester City, NJ 08030** <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor    **Boaggio's Bread Inc.**                                           Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

‾‾‾‾

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

| Debtor | **Boaggio's Bread Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____  When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**  .

Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Boaggio's Bread Inc.**                                    Case number (*if known*)
Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor    **Boaggio's Bread Inc.**

Name    Case number (*if known*) _____

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February 24, 2025**
MM / DD / YYYY

**X** **/s/ Richard Boaggio**                            **Richard Boaggio**
Signature of authorized representative of debtor          Printed name

Title  **President**

---

**18. Signature of attorney**

**X** **/s/ E. Richard Dressel**                   Date  **February 24, 2025**
Signature of attorney for debtor                        MM / DD / YYYY

**E. Richard Dressel**
Printed name

**Lex Nova Law, LLC**
Firm name

**10 E. Stow Road**
**Suite 250**
**Marlton, NJ 08053**
Number, Street, City, State & ZIP Code

Contact phone  **856.382.8211**        Email address  **rdressel@lexnovalaw.com**

**ED1793 NJ**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    **Boaggio's Bread Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **Board Resolution**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 24, 2025**          X /s/ Richard Boaggio
                                              Signature of individual signing on behalf of debtor

                                              **Richard Boaggio**
                                              Printed name

                                              **President**
                                              Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Boaggio's Bread Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **121 7th - MSRP, LLC 230 Kings Highway East, #203 Haddonfield, NJ 08033** | | | | | | **$23,716.32** |
| **823 East Gate Drive Investors, c/o Lee & Associates 10260 Alliance Road, Suite 200 Cincinnati, OH 45242** | | | | | | **$54,733.67** |
| **900 Jersey Holdings, LLC, co Jason Beckerman 1 Kopac Lane Palisades, NY 10964** | | **February 1, 2025 Rent, CAM and arrearages** | **Disputed** | | | **$95,907.16** |
| **Amtrust Technology Insurace Co. 59 Maiden Lane, 42nd Floor New York, NY 10038** | | | | | | **$30,809.00** |
| **BakeMark USA, Inc., c/o Lauri A Hudson, Esquire Hudson Law Office t. 168, Suite C-2 Blackwood, NJ 08012** | | | | | | **$43,128.93** |
| **Bread Partners, Inc. P O Box 830013 Philadelphia, PA 19182-0013** | | | | | | **$17,224.60** |

Debtor  **Boaggio's Bread Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bukowski Plumbing, Inc.** 340 S. 8th Street Gloucester City, NJ 08030 | | | | | | **$16,802.88** |
| **Channel** 1111 East College Drive Suite 200 Attn.  Jeff Lophert Marshall, MN 56258 | | MISC. EQUIPMENT | | $58,660.34 | $0.00 | $58,660.34 |
| **Channel Partners** 111 East College Drive Suite 200 Attn:  Jeff Lophert Marshall, MN 56258 | | | Unliquidated Disputed Subject to Setoff | | | **$73,504.63** |
| **East Gate Holdings/ 823 East Gate Drive Investors LLC** 600 Unicorn Drive, 2nd Floor Woburn, MA 01801 | | | | | | **$274,000.00** |
| **Ecolab, Inc.** P.O. Box 32027 New York, NY 10087 | | | | | | **$15,166.35** |
| **Lentz Milling Company** 2045 N. 11th Street Reading, PA 19604 | | | | | | **$74,848.33** |
| **Matter Brothers Electrical Contracting, Inc.** P.O. Box 262 Gloucester City, NJ 08030 | | | | | | **$13,850.00** |
| **North Star Leasing/ A Div. of Peoples Bank** 747 Pine Street Burlington, VT 05401 | | Store Oven | | $33,855.00 | $0.00 | $33,855.00 |
| **PEAC Solutions** 300 Fellowship Road Mount Laurel, NJ 08054 | | | Disputed | | | **$20,592.40** |
| **PSE&G Co.** PO Box 14444 New Brunswick, NJ 08906-4444 | | 900 Jersey Avenue, Gloucester City, NJ | | | | **$36,440.00** |

Debtor  **Boaggio's Bread Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **PSE&G Co. PO Box 14444 New Brunswick, NJ 08906-4444** | | **823 East Gate DRive, Unit 3, Mt. Laurel, NJ** | | | | **$34,495.84** |
| **Richard Boaggio 4 Mackenzie Court Sewell, NJ 08080** | | | | | | **$48,000.00** |
| **The Hartford Steam Boiler Insp. and Insurance Company One State Street P O Box 5024 Hartford, CT 06102-5024** | | | | | | **$44,343.63** |
| **Zilka & Co. 270 Ligonier Drive Hunker, PA 15639** | | | | | | **$40,369.85** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Boaggio's Bread Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

---

**2.1    Channel**
Creditor's Name

**1111 East College Drive
Suite 200
Attn.  Jeff Lophert
Marshall, MN 56258**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**MISC. EQUIPMENT**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$58,660.34**    Value of collateral: **$0.00**

---

**2.2    North Mill Credit Trust**
Creditor's Name

**81 Throckmorton Avenue,
Suite 203
Mill Valley, CA 94941**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**8/4/2021**
**Last 4 digits of account number**
**0368**
**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**2021 Norton Freezer**

**Describe the lien**
**Purchase Money Security Interest**
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Amount of claim: **$7,307.20**    Value of collateral: **Unknown**

---

| Debtor | Boaggio's Bread Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | North Star Leasing/ | Describe debtor's property that is subject to a lien | $33,855.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Store Oven** | | |

**A Div. of Peoples Bank
747 Pine Street
Burlington, VT 05401**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**3/26/24**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | Peac Solutions | Describe debtor's property that is subject to a lien | $13,475.98 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Bread Molder** | | |

**P.O. Box 13604
Philadelphia, PA
19101-3604**
Creditor's mailing address

**Describe the lien**
**Purchase Money Security Interest**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/1/2024**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $113,298.52 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Debtor | **Boaggio's Bread Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **North Star Leasing**<br>**P 0 Box 4505**<br>**Burlington, VT 05406** | Line  __2.3__ | |
| **Robert M. Kline, Esquire**<br>**Wright Law Group, PLLC**<br>**228 Park Avenue S**<br>**PMB 84356**<br>**New York, NY 10003-1502** | Line  __2.3__ | |

| Fill in this information to identify the case: |
|---|

Debtor name     **Boaggio's Bread Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease dated 1/11/2024 900 Jersey Avenue, Gloucester City, NJ 08030 Lease term - 10 years and 3m onths commencing 1/15/2024 and terminating 4/14/2034 $8,775/month, triple net, including  CAM charges and annual rent increases (estimated (subject to proofs) amount owed through November - $61,306.18)** | |
|    State the term remaining<br><br>    List the contract number of any government contract | | **900 Jersey Holdings, LLC, co Jason Beckerman 1 Kopac Lane Palisades, NY 10964** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest | **Dinamica 4/M divider/round/reconstructed** | |
|    State the term remaining<br><br>    List the contract number of any government contract | | **Innovative Capital Corp. 283 Ascot Run Way Fort Mill, SC 29715** |

2/24/25  6:37PM

| Debtor 1 | **Boaggio's Bread Inc.** | | Case number (*if known*) | |
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Equipment lease for volumetric divider Lease start date: 8/22/2019 for 60 months @ $629/month** |
| State the term remaining | |
| List the contract number of any government contract | **m2 Lease Funds LLC** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Equipment lease for opera one divider Lease start date: 1/2/2020 for 60 months @ $457/month** |
| State the term remaining | |
| List the contract number of any government contract | **M2 Leasing** |
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | **Peac Solutions 300 Fellowship Road Mount Laurel, NJ 08054** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease Ellipse Shopping Plaza, Store 1 & 2 at 4201 Church Road, Mt. Laurel, NJ  08054 10 years commencing March 1, 2024** |
| State the term remaining | |
| List the contract number of any government contract | **RAAB Family Partnership 201 Harvard Avenue Westville, NJ 08093** |

# United States Bankruptcy Court
## District of New Jersey

In re  **Boaggio's Bread Inc.**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Richard A. Boaggio<br>4 McKenzie Court<br>Sewell, NJ 08080** | **100%** | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **February 24, 2025**

Signature  **/s/ Richard Boaggio**

**Richard Boaggio**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## United States Bankruptcy Court
### District of New Jersey

In re    **Boaggio's Bread Inc.**                                    Case No.
                                              Debtor(s)    Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **February 24, 2025**                    **/s/ Richard Boaggio**

                                                  **Richard Boaggio/President**
                                                  Signer/Title

900 Jersey Holdings, LLC, co
Jason Beckerman
1 Kopac Lane
Palisades, NY 10964


C2C Resources, LLC
1455 Lincoln Parkway E
Suite 550
Atlanta, GA 30346


Caine & Weiner
2000 Warrington Way
Louisville, KY 40222


Channel
1111 East College Drive
Suite 200
Attn. Jeff Lophert
Marshall, MN 56258


Dept. of the Treasury
Internal Revenue Service
PO Box 8208
Philadelphia, PA 19101


Innovative Capital Corp.
283 Ascot Run Way
Fort Mill, SC 29715


Internal Revenue Service
ACS Support
P O Box 8208
Philadelphia, PA 19101-8208


Jaclyn Scarduzio Dopke, Esquire
Fleischer, Fleischer & Suglia, P.C.
Four Greentree Centre
601 Route 73 North, Suite 305
Marlton, NJ 08053


m2 Lease Funds LLC


M2 Leasing

Matthew J. Gindell, Esquire
256 W. 9th Street, Suite D
Ship Bottom, NJ 08008

New Jersey Div. of Taxation Revenue
Processing Center Gross Inc. Tax
P O Box 248
Trenton, NJ 08646-0247

North Mill Credit Trust
81 Throckmorton Avenue, Suite 203
Mill Valley, CA 94941

North Star Leasing
P 0 Box 4505
Burlington, VT 05406

North Star Leasing/
A Div. of Peoples Bank
747 Pine Street
Burlington, VT 05401

Pawnee Leasing Corp. ISAOA, c/o
American Lease Insurance
654 Amherst Road, Suite 320
Sunderland, MA 01375

Peac Solutions
P.O. Box 13604
Philadelphia, PA 19101-3604

Peac Solutions
300 Fellowship Road
Mount Laurel, NJ 08054

PSE&G Co.
PO Box 14106
New Brunswick, NJ 08906-4106

RAAB Family Partnership
201 Harvard Avenue
Westville, NJ 08093

Richard Boaggio
4 Mackenzie Court
Sewell, NJ 08080


Richard Boaggio
4 McKenzie Court
Sewell, NJ 08080


Robert M. Kline, Esquire
Wright Law Group, PLLC
228 Park Avenue S
PMB 84356
New York, NY 10003-1502


Russo Foods & Market Inc.
1150 Bern Road
Wyomissing, PA 19610


State of New Jersey
Dept. of the Treasury
Div. of Rev. and Enterprise Services
PO Box 252
Trenton, NJ 08625-0252


Transword Systems Inc.
500 Virginia Drive, Suite 514
Fort Washington, PA 19034


Transworld Systems Inc.
P O Box 17221
Wilmington, DE 19850


W.B. Mason
P.O. Box 981101
Boston, MA 02298


Waste Management
P.O. Box 13648
Philadelphia, PA 19101-3548

# United States Bankruptcy Court
### District of New Jersey

In re    **Boaggio's Bread Inc.**

Debtor(s)

Case No.

Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __**Boaggio's Bread Inc.**__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 24, 2025**

Date

**/s/ E. Richard Dressel**

**E. Richard Dressel**

Signature of Attorney or Litigant

Counsel for    **Boaggio's Bread Inc.**

**Lex Nova Law, LLC**
**10 E. Stow Road**
**Suite 250**
**Marlton, NJ 08053**
**856.382.8211 Fax:856.406.7398**
**rdressel@lexnovalaw.com**

# United States Bankruptcy Court

### District of New Jersey

In re   **Boaggio's Bread Inc.** _____      Case No. _____

                                          Debtor(s)      Chapter   **11** _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing , consisting of ___**0**___ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date  **February 24, 2025** _____        Signature   **/s/ Richard Boaggio** _____

                                                                **Richard Boaggio**

                                                                **President**

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.